IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLINTON WADE McELROY, )<br>)<br>Defendant. )<br>_____) | Case No. 20-cr-10072-JWB |

## MOTION FOR WRIT OF HABEAS CORPUS
## AD PROSEQUENDUM

COMES NOW the United States, by and through Jason Hart, Assistant United States Attorney, and moves the Court for the issuance of a Writ of Habeas Corpus Ad Prosequendum to defendant and detainee, CLINTON WADE McELROY.   In support of this Motion, the United States avers:

1. Defendant was charged in this district by Indictment on November 4, 2020.

2. Defendant is detained and currently in the custody of Ellis County Jail, 105 West 12th Street, Hays, Kansas, 67601.

3. Appearance is necessary by the defendant in this district for prosecution of the charges contained in the Indictment.

1

WHEREFORE, the United States of America moves the Court for an order issuing a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal or any other law enforcement agency, to produce the defendant and detainee, CLINTON WADE McELROY, forthwith and for any further proceedings to be held in this cause.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney

s/*Jason Hart*
JASON HART
Ks. S.Ct. No. 20276
Assistant United States Attorney
District of Kansas
301 N. Main, Ste. 1200
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484
Jason.Hart2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*s/Jason Hart*
JASON HART
Assistant United States Attorney